# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER MEZA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25-mj-00013<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 16, 2025__ in the county of __Washington__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | (1) Possession with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and,<br>(2) Conspiracy to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Nathan Bresee.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Bresee, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 6:15 pm  a.m./p.m.

Date: January 16, 2025

*Judge's signature*

City and state: Portland, Oregon     Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*